# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3344
LT Case No. 2024-CF-000430-A

———————————————

TERRY S. COLEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Brian A. Hofer, Assistant
Attorney General, Tallahassee, for Appellee.


June 2, 2026


PER CURIAM.

AFFIRMED.


MAKAR, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____